**Order entered July 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00352-CV

### JOSEPH VUKELICH, Appellant

### V.

### RIDGEVIEW RANCH HOMEOWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04599-2012**

## ORDER

We **GRANT** appellant's July 30, 2014 motion for an extension of time to file a rely brief.

Appellant shall file his reply brief **on or before August 29, 2014**.

/s/    ADA BROWN
        JUSTICE